UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBIN A. BERGERON** | **CIVIL ACTION** |
| **VERSUS** | **NO:  17-09106** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "J" (4)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Chief Magistrate Judge's Report and Recommendation, and finding that, as of this date, no objections to the Report and Recommendation has been filed, hereby approves the Chief Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Robin A. Bergeron's claim for Supplemental Security Income and Disability Insurance Benefits is **AFFIRMED**.

New Orleans, Louisiana, this 17th day of September 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE